# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shaffer, Craig B. | District of Colorado | 10/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Faculty Member | University of Denver, Sturm College of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2014 | University of Denver, Sturm College of Law - compensation as Adjunct Faculty Member | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | self-employed diversity consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State University, Sandra Day O'Connor Law School | 3/12/2014-3/14/2014 | Tempe, Arizona | panelist addressing e-discovery issues | transportation, hotel room |
| 2. | ABA Section on Litigation Annual Meeting | 4/10/2014 | Scottsdale, Arizona | panelist addressing e-discovery issues | transportation |
| 3. | Legal Hold - Conference on Preservation Excellence | 9/09/2014-9/11/2014 | Portland, Oregon | panelist addressing e-discovery issues | transportation, hotel room |
| 4. | ABA Employment Law Section Annual Meeting | 11/8/2014 | Los Angeles, California | panelist addressing e-discovery issues | transportation |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shaffer, Craig B. | 10/30/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | Duke Law School Distinguished Lawyers Conference | 11/12/2014-11/14/2014 | Washington, D.C. | panelist addressing Rules Amendments | transportation, hotel room |
| 6. | Georgetown University Law Center -Advanced eDiscovery Institute | 11/19/2013-11/21/2014 | Tysons Corner, Virginia | panelist addressing e-discovery issues | transportation, hotel room |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank account | A | Interest | J | T | | | | | |
| 2. Schwab Money Market Fund | A | Interest | L | T | | | | | |
| 3. BMO Intermediate Tax Free CL Y | A | Interest | J | T | | | | | |
| 4. Guggehheim ETF | A | Interest | K | T | | | | | |
| 5. SPDR S&P 500 ETC | A | Interest | K | T | | | | | |
| 6. Trust No. 2 | A | Interest | J | T | | | | | |
| 7. - Schwab Money Market Fund | | | | | | | | | |
| 8. IRA - II | E | Dividend | O | T | | | | | |
| 9. - Schwab Money Market Fund | | | | | | | | | |
| 10. - Schwab 1000 Fund - Select | | | | | | | | | |
| 11. - Vanguard Small Cap | | | | | | | | | |
| 12. - T. Rowe Price Personal Strategy Growth Fund | | | | | | | | | |
| 13. - The Charles Schwab Corp. common stock | | | | | | | | | |
| 14. - Doubleline Total Return | | | | | | | | | |
| 15. - Dodge & Cox International Stock Fund | | | | | | | | | |
| 16. - Harding Loevner Emerging Markets | | | | | | | | | |
| 17. - Parnassus Equity Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vandguard Equity Income Fund -Admiral Shares | | | | | | | | | |
| 19. - Baird Core Plus Bond Inst. | | | | | Buy | 10/31/14 | M | | |
| 20. - Pimco Total Return Inst. | | | | | Sold | 10/31/14 | M | | |
| 21. IRA - III | B | Dividend | M | T | | | | | |
| 22. - Schwab Money Market Fund | | | | | | | | | |
| 23. - Metropolitan West Total | | | | | | | | | |
| 24. - TIAA Cref High Yield/Vanguard Retirement | | | | | Sold | 07/14/14 | K | | |
| 25. - Hodges Small Cap | | | | | | | | | |
| 26. - Wasatch International Growth Fund | | | | | | | | | |
| 27. - SPDR S&P Regional Banking | | | | | | | | | |
| 28. Trust No. 3 | E | Int./Div. | O | T | | | | | |
| 29. - Schwab Money Market Fund | | | | | | | | | |
| 30. - Altria Group, Inc. stock | | | | | | | | | |
| 31. - ConocoPhillips stock | | | | | | | | | |
| 32. - Dow Chemical Co. stock | | | | | | | | | |
| 33. - Johnson & Johnson commoon stock | | | | | Sold | 03/18/14 | J | | |
| 34. - Blackrock High Yield Bond Fund | | | | | Sold | 07/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - JPMorgan High Yield Bond Fund | | | | | Sold | 05/23/14 | K | | |
| 36. - Pimco Incm Inst. Cl Bond Fund | | | | | | | | | |
| 37. - TCW Total Return Bond Fund | | | | | | | | | |
| 38. - Arbitrage Fund Class I | | | | | Sold | 10/08/14 | J | | |
| 39. - Artisan International Value Fund | | | | | | | | | |
| 40. - Aston Fiarpointe Mid Cap | | | | | | | | | |
| 41. - FMI Large Cap Fund | | | | | Sold (part) | 5/23/14 | K | | |
| 42. | | | | | Sold (part) | 10/08/14 | K | | |
| 43. - Gateway Fund Cl Y | | | | | Sold | 10/08/14 | K | | |
| 44. - Hartford Capital Appr | | | | | | | | | |
| 45. - JPMorgan Growth Advantage | | | | | | | | | |
| 46. - JPMorgan Large Cap Growth | | | | | | | | | |
| 47. - JPMorgan US Equity Select | | | | | | | | | |
| 48. - T Rowe Price New Asia Fund | | | | | | | | | |
| 49. - Victory Diversified Stock | | | | | Sold | 03/18/14 | K | | |
| 50. - Guggenheim Exch Trade Fund | | | | | | | | | |
| 51. - IShares MSCI All Country | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - IShares Russell ETC | | | | | | | | | |
| 53. - IShares TR MSCI EAFE | | | | | | | | | |
| 54. - Powershares Exch Trade Fund TR | | | | | | | | | |
| 55. - Vanguard FTSE Europe | | | | | Sold | 07/23/14 | J | | |
| 56. - Guggehheim ETC | | | | | Buy | 10/08/14 | K | | |
| 57. - Guggenheim Exchange Trade Fund | | | | | Buy | 05/23/14 | J | | |
| 58. - Vanguard Telecommunication Systems | | | | | Buy | 07/23/14 | K | | |
| 59. - Vanguard Value | | | | | Buy | 05/23/14 | K | | |
| 60. - Janus Global Real Estate | | | | | Buy | 10/08/14 | J | | |
| 61. Trust No. 4 | C | Int./Div. | N | T | | | | | |
| 62. - Capital One Financial CP | | | | | | | | | |
| 63. - General Electric Co. common stock | | | | | | | | | |
| 64. - Hess Corp. common stock | | | | | | | | | |
| 65. - Home Depot Inc. common stock | | | | | | | | | |
| 66. - Honeywell International common stock | | | | | | | | | |
| 67. - Johnson & Johnson common stock | | | | | | | | | |
| 68. - JPMorgan Chase & Co. common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Mondelez Intl. Inc. Class A stock | | | | | | | | | |
| 70. - Pepsico Inc. common stock | | | | | | | | | |
| 71. - IShares Russell ETC Midcap | | | | | | | | | |
| 72. - Powershs Exchange Trade | | | | | | | | | |
| 73. - Credit Suisse Commodity Fund | | | | | | | | | |
| 74. - Harbor Internatinal Fund | | | | | | | | | |
| 75. - Schwab Tax Free Bond Fund | | | | | | | | | |
| 76. - T Rowe Price Blue Chip Fund | | | | | | | | | |
| 77. - T Rowe Price Small Cap Fund | | | | | | | | | |
| 78. -Westcore Co. Tax Exempt Fund | | | | | | | | | |
| 79. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shaffer, Craig B. | 10/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Trust and investments reflected on lines 59 through 76 were received by the undersigned in January 2014 through inheritance.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Craig B. Shaffer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544